# In the United States Court of Federal Claims

(Pro Se)

| | | |
|---|---|---|
| MARCUS DESHAWN WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 26-208<br>(Filed: October 26, 2026) |

Marcus Deshawn Wright, pro se, Tucson, AZ, for Plaintiff.

## OPINION AND ORDER

**KAPLAN, Judge.**

Plaintiff Marcus Wright, proceeding pro se, filed this action claiming entitlement to a tax refund based upon the alleged failure of the government to provide him economic impact payments pursuant to the Coronavirus Aid, Relief, and Economic Security Act. Compl. ¶ 2, Dkt. No. 1. Currently before the Court is Mr. Wright's motion for a temporary restraining order. Pl.'s Mot., Dkt. No. 15. In the motion, Mr. Wright alleges that he (an inmate at the United States Penitentiary – Tucson) is being mistreated and deprived of certain rights. For example, he claims that his mail is being intentionally misplaced or stolen, that he is being denied "the equal right to set up and make 'legal phone calls' with licensed attorneys and with legal aid officials," that he is being denied "the equal protected right to prison/inmate labor," and that he is being denied "the equal protected right to exhaust his prison administrative remedies in regards to the above prison hardship." Pl.'s Mot. at 2. He therefore requests injunctive relief from this Court to prevent such alleged hardship.

However, it is well settled that the Court of Federal Claims generally lacks the authority to grant such equitable relief. See Bowen v. Massachusetts, 487 U.S. 879, 905 (1988) (holding that the Court of Federal Claims lacks the "general equitable powers of a district court to grant prospective relief"). This Court is only authorized to award equitable relief in certain specified circumstances, none of which applies here. See 28 U.S.C. § 1491(a)(2). Moreover, these issues concern constitutional rights and torts rather than money-mandating sources of law. These issues are not within the jurisdiction of the Court of Federal Claims. See 28 U.S.C. § 1491(a)(1). Further, the alleged wrongs which Mr. Wright seeks to enjoin do not overlap with the issues raised by the complaint, whereas a proper motion for injunctive relief "seeks to enjoin the action that the complaint alleges is unlawful." Sergent's Mech. Sys., Inc. v. United States, 157 Fed. Cl. 41, 51 (2021) (quoting Bird v. Barr, 2020 WL 4219784, at *2 (D.D.C. July 23, 2020)).

For the foregoing reasons, Mr. Wright's motion for a temporary restraining order, Dkt. No. 15, is **DENIED**.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge